

FILED

2009 JAN 15 PM 1:56

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:07CR647 |
| | ) | |
| Plaintiff, | ) | Chief Judge James G. Carr |
| | ) | |
| v. | ) | |
| | ) | |
| ZUBAIR AHMED, and | ) | SUPERSEDING INFORMATION |
| KHALEEL AHMED, | ) | |
| | ) | |
| Defendants. | | |

The United States Attorney charges:

From a date unknown, but beginning no later than on or about April 1, 2004, and continuing until on or about February 21, 2007, the defendants, ZUBAIR AHMED and KHALEEL AHMED, within, but not limited to, the Northern District of Ohio, unlawfully and knowingly did combine, conspire, confederate, and agree with other persons, known and unknown, to provide material support and resources, including but not limited to the defendants

- 2 -

themselves as personnel, knowing and intending that they were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956 (conspiracy to kill and maim individuals outside the United States, including members of the U.S. military serving in Iraq and Afghanistan).

In violation of Title 18, United States Code, Section 2339A.

_David O Bauer for_
WILLIAM J. EDWARDS
United States Attorney