```
1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
2                         WESTERN DIVISION

3

4   UNITED STATES OF AMERICA,-        Docket No. 1:07-cr-647
                                -
5       Plaintiff,              -       Toledo, Ohio
                                -       January 15, 2009
6          v.                   -       Arraignment and
                                -       Change of Plea
7   ZUBAIR AHMED, and           -
    KHALEEL AHMED,              -
8                               -
       Defendants.             -
9   -------------------------------

10     TRANSCRIPT OF ARRAIGNMENT AND CHANGE OF PLEA HEARING
               BEFORE THE HONORABLE JAMES G. CARR
11            UNITED STATES DISTRICT CHIEF JUDGE.

12  APPEARANCES:

13  For the Plaintiffs:  United States Attorneys' Office
                         By:  Thomas E. Getz
14                             Justin E. Herdman
                         801 Superior Avenue, W
15                       Cleveland, OH 44113
                         (216) 622-3840
16
                         U.S. Department of Justice
17                       By:  Gregg N. Sofer
                         816 Congress Avenue
18                       Austin, TX 78701
                         (512) 916-5858
19
    For the Defendant:  Kirkland & Ellis
20  Khaleel Ahmed        By:  Alyssa A. Qualls
                              Michael Slade
21                       Suite 5400
                         200 East Randolph Drive
22                       Chicago, IL 60601
                         (312) 861-2000
23

24

25
```

```
 1   For the Defendant:    Friedman & Gilbert
     Zubair A. Ahmed       By:  Terry H. Gilbert
 2                              Andrea L. Whitaker
                           600 Standard Building
 3                         1370 Ontario Street
                           Cleveland, OH 44113
 4                         (216) 241-1430

 5

     Court Reporter:       Tracy L. Spore, RMR, CRR
 6                         1716 Spielbusch Avenue
                           Toledo, Ohio 43624
 7                         (419) 243-3607

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
```

1                    (Commenced at 2:31 p.m.)

14:18:58    2              THE CLERK:  United States of America versus

14:19:02    3    Zubair and Khaleel Ahmed.    Matter called for

14:19:06    4    arraignment on the superseding information

14:19:08    5              THE COURT:  THE record should show the

14:19:10    6    government is represented by Assistant United States

14:19:14    7    Attorney Thomas Getz, Greg Sofer, and Justin Herdman.

14:19:18    8    Anybody else for the government?

14:19:20    9              MR. HERDMAN: That's all, Your Honor

14:19:24   10              THE COURT:  The record should also show the

14:19:54   11    defendants are also present represented by counsel. It's

14:20:02   12    my understanding that the parties have reached an

14:20:04   13    agreement with regard to a change of plea.   It's my

14:20:10   14    understanding further that it is a binding plea

14:20:14   15    agreement and that the parties have also reached an

14:20:16   16    understanding as to the sentencing guideline range.

14:20:20   17    Part of that agreement, according to my understanding,

14:20:22   18    which I have reviewed, is that the government will file

14:20:26   19    a superseding information which would take the place of

14:20:30   20    the pending indictment.

14:20:36   21              And let me speak to Zubair Ahmed first.   Mr.

14:20:46   22    Ahmed, I've just summarized my understanding of what

14:20:48   23    will be occurring this afternoon.   Is that your

14:20:50   24    understanding as well?

14:20:52   25              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:20:52  1          THE COURT:  Mr. Khaleel Ahmed, same

14:20:56  2   question:  I just summarized my understanding of what

14:20:58  3   would be taking place this afternoon.   Is that your

14:21:00  4   understanding as well?

14:21:02  5          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:21:04  6          THE COURT:  You may be seated, and you can

14:21:06  7   remain seated during the colloquy.   Before we begin,

14:21:14  8   let me ask Mr. -- I'll be asking you each generally the

14:21:20  9   same sets of questions.   If you don't -- if either of

14:21:24  10  you don't understand, if you don't hear, or if you don't

14:21:28  11  understand what's going on, what I'm saying, what it

14:21:34  12  means, what any of the lawyers may be saying or what it

14:21:38  13  means, say so.   And I'm in no rush this afternoon.

14:21:46  14  This is obviously an extremely important proceeding.

14:21:48  15  And you should be confident that you understand

14:21:52  16  everything that's occurring.   Do you understand that,

14:21:56  17  Mr. Ahmed, Zubair Ahmed?

14:21:58  18          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:21:58  19          THE COURT:  Do you understand that, Mr.

14:22:00  20  Khaleel Ahmed?

14:22:00  21          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:22:02  22          THE COURT:  Don't hesitate.   Let your

14:22:04  23  lawyer know, or simply say, I need talk to you, and

14:22:08  24  they'll let me know, and we'll take whatever time is

14:22:12  25  necessary.

14:22:14  1          Mr. Zubair Ahmed, are you currently

14:22:18  2   receiving any kind of medication of any sort, taking any

14:22:22  3   sort of medication?

14:22:24  4               DEFENDANT ZUBAIR AHMED:  No, Your Honor.

14:22:24  5               THE COURT:  I assume, and I don't mean to

14:22:26  6   insult you by the next question, but have you had any

14:22:30  7   alcoholic beverages within the last 48 hours?

14:22:34  8               DEFENDANT ZUBAIR AHMED:  No, sir.

14:22:34  9               THE COURT:  So far as you are able to tell

14:22:36  10  on your own, are you alert and able to follow and

14:22:40  11  understand what's going on?

14:22:42  12              DEFENDANT ZUBAIR AHMED:  Yes, sir.

14:22:44  13              THE COURT:  And also to express yourself and

14:22:46  14  to communicate with counsel and understand what they are

14:22:50  15  saying?

14:22:50  16              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:22:52  17              THE COURT:  Mr. Khaleel Ahmed, likewise, are

14:22:54  18  you taking any medication of any type.

14:22:56  19              DEFENDANT KHALEEL AHMED:  No, Your Honor?

14:22:56  20              THE COURT:  Have you had any alcoholic

14:22:58  21  beverages within the last 48 hours?

14:23:02  22              DEFENDANT KHALEEL AHMED:  No, Your Honor.

14:23:02  23              THE COURT:  As best you can tell, as best

14:23:04  24  any of us can ever tell, are you alert and able to

14:23:10  25  follow what is going on and to express yourself and to

| | |
|---|---|
| 14:23:14 | 1 |
| 14:23:16 | 2 |
| 14:23:18 | 3 |
| 14:23:24 | 4 |
| 14:23:26 | 5 |
| 14:23:32 | 6 |
| 14:23:34 | 7 |
| 14:23:36 | 8 |
| 14:23:38 | 9 |
| 14:23:40 | 10 |
| 14:23:40 | 11 |
| 14:23:40 | 12 |
| 14:23:42 | 13 |
| 14:23:46 | 14 |
| 14:23:48 | 15 |
| 14:23:50 | 16 |
| 14:23:50 | 17 |
| 14:23:52 | 18 |
| 14:23:56 | 19 |
| 14:24:00 | 20 |
| 14:24:06 | 21 |
| 14:24:10 | 22 |
| 14:24:14 | 23 |
| 14:24:20 | 24 |
| 14:24:26 | 25 |

1  communicate with counsel and to understand what they

2  might be saying to you?

3          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

4          THE COURT:  Each of you stand charged in a

5  superseding information.  Let me ask you this:  Counsel

6  for Khaleel Ahmed, have you received and reviewed the

7  superseding information with your client?

8          MR. SLADE:  Yes, we have, Your Honor.

9          THE COURT:  Counsel for Zubair Ahmed,

10  likewise?

11          MR. GILBERT:  Yes, we have.

12          THE COURT:  Do you waive any defects in

13  form, manner, time, or place of service of the

14  superseding information?

15          MR. SLADE:  We do, Judge.

16          MR. GILBERT:  We do, Judge.

17          THE COURT:  That document reads as follows:

18          From a date unknown, but beginning no later

19  than on or about April 1, 2004, and continuing until on

20  or about February 21, 2007, the defendants, Zubair Ahmed

21  and Khaleel Ahmed, within, but not limited to, the

22  Northern District of Ohio, unlawfully and knowingly did

23  combine, conspire, confederate, and agree with other

24  persons, known and unknown, to provide material support

25  and resources, including but not limited to the

14:24:30  1   defendants themselves as personnel, knowing and

14:24:34  2   intending that they were to be used in preparation for

14:24:36  3   and in carrying out a violation of Title 18, United

14:24:42  4   States Code, Section 956, conspiracy to kill or maim

14:24:46  5   individuals outside the United States, including members

14:24:50  6   of the U.S. military serving in Iraq and Afghanistan, in

14:24:54  7   violation of Title 18, United States Code, Section

14:24:56  8   2339A.  And I assume it's been signed by Mr. Edwards.

14:25:02  9          MR. HERDMAN: It was signed by David Bauer

14:25:06  10  but on behalf of Mr. William J. Edwards.

14:25:12  11          THE COURT:  Mr. Herdman, the penalty upon

14:25:14  12  conviction of this offense?

14:25:16  13          MR. HERDMAN: Maximum of 15 years

14:25:18  14  incarceration, $250,000 fine, and three years post

14:25:24  15  release.

14:25:24  16          THE COURT:  And a special assessment of

14:25:26  17  $100?

14:25:28  18          MR. HERDMAN: $100, yes, sir.

14:25:30  19          THE COURT:  Mr. Khaleel Ahmed, did you hear

14:25:32  20  what Mr. Herdman said about the penalty upon conviction?

14:25:36  21          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:25:36  22          THE COURT:  Mr. Zubair Ahmed, did you hear

14:25:38  23  what Mr. Herdman said about potential penalty upon

14:25:42  24  conviction?

14:25:44  25          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:25:44  1          THE COURT:  Okay.  I'm going to go through a

14:25:56  2   series of subjects that I will be asking you about.

14:26:04  3   Generally I will be reminding you of the nature of the

14:26:06  4   charge to which you expect to plead guilty or anticipate

14:26:10  5   pleading guilty.  There's no expectation until that

14:26:14  6   actually occurs, of course.  But I will be restating in

14:26:20  7   summary form the charge and the penalty, and I will then

14:26:26  8   describe to you certain basic rights that anyone charged

14:26:30  9   with a federal crime has under the constitution and laws

14:26:34  10  of the United States.  I will satisfy myself that you

14:26:42  11  understand what those rights are, and also you

14:26:44  12  understand that by giving up those rights -- by pleading

14:26:50  13  guilty, excuse me, that you understand that by pleading

14:26:52  14  guilty, you're giving up those rights; you are waiving

14:26:56  15  those rights, except the right to counsel; you keep the

14:26:58  16  right to have a lawyer and have a lawyer representing

14:27:02  17  you without cost to yourself throughout these entire

14:27:04  18  proceedings until and through the time of sentencing.

14:27:10  19  A plea of guilty has no effect at all on your right to

14:27:12  20  counsel.

14:27:14  21          I will then, assuming that I find that you

14:27:20  22  understand the nature and consequences of conviction and

14:27:24  23  your basic rights and the fact that you are giving up

14:27:26  24  those rights, I will ask you what your plea is.  And

14:27:32  25  then I will ask you certain questions to satisfy myself

14:27:36  1  that your decision to plead truly is a voluntary

14:27:40  2  decision, that it is what you want to do because you

14:27:44  3  think that it's in your best interest to do that rather

14:27:48  4  than to exercise your right to stand trial and be found

14:27:50  5  guilty only upon the determination by a jury that you

14:27:56  6  are, in fact, guilty beyond a reasonable doubt.

14:27:58  7          I will undertake to satisfy myself that you

14:28:02  8  haven't been threatened in any way, neither you nor

14:28:06  9  anyone close to you has been threatened in any way, and

14:28:10  10  there are no promises of any kind whatsoever that have

14:28:12  11  been made to you by anybody except those that are in the

14:28:16  12  plea agreement.

14:28:16  13          I would expect then to go through the plea

14:28:20  14  agreement, ask you various questions about the various

14:28:24  15  provisions of that agreement.  And if I'm satisfied that

14:28:28  16  you know what you are doing and it is what you want to

14:28:32  17  be doing, I will accept -- I will find that your are

14:28:38  18  offering the plea voluntarily, knowingly, intelligently,

14:28:44  19  voluntarily.

14:28:44  20          Then I will ask either you or your attorneys

14:28:46  21  or the government, or perhaps all three of you or all

14:28:50  22  four of you, to tell me just exactly what it is that you

14:28:56  23  did that constitutes a violation of the statute under

14:29:02  24  which you are charged.  And if I'm satisfied that, in

14:29:06  25  fact, you did something to violate that statute, I will

14:29:10  1   then -- I would expect to accept your plea of guilty and

14:29:14  2   enter a finding of guilty following all of that.

14:29:22  3             I just laid out a summary.   I may not have

14:29:24  4   touched all the bases.  Along the way if I fail to touch

14:29:28  5   all the bases I will be calling on counsel to remind me

14:29:32  6   to do so.

14:29:34  7             I've already asked you about your mental

14:29:36  8   acuity and your ability to understand what's going on

14:29:42  9   and to think for yourselves.  There will be a finding

14:29:48  10  that each defendant is competent to consult with

14:29:54  11  counsel, to understand the nature and substance and

14:29:58  12  consequences of these proceedings, and to communicate

14:30:02  13  with counsel and the Court and to do so in an

14:30:04  14  intelligent and knowing fashion.

14:30:16  15            I'm going to ask both of you to stand and

14:30:18  16  raise your right hands, please, and have you sworn.

14:30:24  17            (Whereupon the defendants are sworn by the

14:30:24  18  clerk.)

14:30:32  19            THE COURT:  As I said, you can be seated.

14:30:34  20  Once again, I want to just remind you if you don't

14:30:36  21  understand something, because a lot of what I will be

14:30:38  22  saying will be somewhat legal language, I'll try make it

14:30:44  23  as simple and comprehensible as possible.   But if you

14:30:48  24  don't hear or understand what I'm saying, say so.

14:31:00  25            Do you understand first that having sworn or

```
14:31:10   1   affirmed to tell the truth during these proceedings that
14:31:14   2   if it is determined that you did not do so, you can be
14:31:18   3   further prosecuted for committing perjury, which is
14:31:22   4   lying under oath or affirmation, or for making a false
14:31:26   5   statement.  And any statements you made in this
14:31:30   6   proceeding that are false can be used against you in
14:31:34   7   that prosecution.   Do you understand that, Mr. Zubair
14:31:36   8   Ahmed?
14:31:36   9            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:31:38  10            THE COURT:  Mr. Khaleel Ahmed?
14:31:40  11            DEFENDANT KHALEEL AHMED:  Yes, Your Honor.
14:31:44  12            THE COURT:  Do you understand that you have
14:31:46  13   the absolute right to plead not guilty and to persist in
14:31:48  14   that plea; in other words, to maintain that plea if you
14:31:52  15   desire to do so?
14:31:56  16            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:31:58  17            DEFENDANT KHALEEL AHMED:  Yes, Your Honor.
14:32:00  18            THE COURT:  Do you understand you have the
14:32:02  19   absolute right to trial by jury?
14:32:04  20            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:32:04  21            DEFENDANT KHALEEL AHMED:  Yes, Your Honor.
14:32:06  22            THE COURT:  And that you would be present
14:32:06  23   throughout the proceedings leading to the selection of
14:32:10  24   the jurors who would sit in judgment upon you?  You
14:32:12  25   understand that you can participate in that proceeding
```

14:32:14  1    through counsel?

14:32:16  2              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:32:16  3              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:32:24  4              THE COURT:  Do you understand that, as I've

14:32:26  5    already mentioned -- it's worth mentioning again -- that

14:32:30  6    each of you has the absolute right to be represented by

14:32:32  7    an attorney and to have that attorney provided to you

14:32:34  8    without cost to yourself if you cannot afford a lawyer?

14:32:38  9              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:32:40  10             DEFENDANT KHALEEL AHMED:  Yes.

14:32:40  11             THE COURT:  And that each of you has the

14:32:42  12   right to your own lawyer, that you don't have to share a

14:32:44  13   lawyer with anybody?

14:32:46  14             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:32:46  15             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:32:48  16             THE COURT:  And are you satisfied that each

14:32:50  17   of your attorneys have worked separately and

14:32:54  18   independently on your own behalf and have looked out

14:32:58  19   solely and exclusively for your interests?

14:33:00  20             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:33:00  21             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:33:02  22             THE COURT:  I mean, I assume that they

14:33:04  23   worked closely together, but nonetheless, you're content

14:33:06  24   that they have represented you and not the other person

14:33:08  25   in this case?

| | | |
|---|---|---|
| 14:33:10 | 1 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:33:10 | 2 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:33:18 | 3 | THE COURT:  Do you understand that if there |
| 14:33:20 | 4 | were a trial, you would have the absolute right to be |
| 14:33:22 | 5 | present throughout the entire proceedings? |
| 14:33:26 | 6 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:33:26 | 7 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:33:28 | 8 | THE COURT:  And that you would have the |
| 14:33:28 | 9 | right to be -- that would also obviously include the |
| 14:33:32 | 10 | right to be present during the time when the government |
| 14:33:34 | 11 | was presenting witnesses and evidence and -- when the |
| 14:33:38 | 12 | government was presenting evidence, including witnesses |
| 14:33:40 | 13 | and exhibits and any other evidence against you; that |
| 14:33:44 | 14 | you'd have the right to be present while all that was |
| 14:33:46 | 15 | happening? |
| 14:33:46 | 16 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:33:48 | 17 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:33:48 | 18 | THE COURT:  You understand also through your |
| 14:33:50 | 19 | attorneys you have the absolute right to have those |
| 14:33:52 | 20 | witnesses questioned on your behalf?  Any lawful |
| 14:33:56 | 21 | questions could be put to them? |
| 14:33:58 | 22 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:34:00 | 23 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:34:04 | 24 | THE COURT:  Do you understand that you have |
| 14:34:06 | 25 | the absolute right to remain silent; and that in no way, |

14:34:10  1   under no circumstance could you be compelled to either

14:34:14  2   testify or otherwise present evidence against yourself?

14:34:16  3   Do you understand that?

14:34:18  4          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:34:18  5          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:34:20  6          THE COURT:  In other words, that the

14:34:24  7   government and the government alone bears the absolute

14:34:28  8   and complete burden of proving you guilty at trial?

14:34:32  9          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:34:32  10          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:34:34  11          THE COURT:  And that you could not be found

14:34:36  12   guilty until they had produced evidence sufficient to

14:34:40  13   convince the jury that you are guilty beyond a

14:34:42  14   reasonable doubt?  Do you understand that?

14:34:42  15          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:34:44  16          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:34:46  17          THE COURT:  And you understand that you

14:34:48  18   would have the right if there were to be a trial to

14:34:52  19   testify if you chose to testify?

14:34:54  20          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:34:54  21          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:34:56  22          THE COURT:  And that's a decision that only

14:34:58  23   you can make.  In other words, your lawyers cannot make

14:35:00  24   that decision for you one way or the other.  It's up to

14:35:04  25   you, if there were a trial, to decide whether you want

14:35:08  1   to take the stand or not.   Do you understand that?

14:35:10  2               DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:35:10  3               DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:35:12  4               THE COURT:  Do you understand also that if

14:35:14  5   there were a trial, in addition to being able to testify

14:35:18  6   on your own behalf if you wanted to, you could also have

14:35:22  7   witnesses summoned to appear in court to testify for you

14:35:24  8   without cost to yourself?  Do you understand that?

14:35:28  9               DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:35:30  10              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:35:30  11              THE COURT:  Also you could cause subpoenas

14:35:32  12  to issue and otherwise cause evidence of any kind

14:35:36  13  whatsoever to be brought into court to be presented in

14:35:42  14  your defense.   Do you understand that?

14:35:44  15              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:35:44  16              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:35:50  17              THE COURT:  Do you understand that if I

14:35:52  18  accept your plea of guilty and enter a finding of

14:35:56  19  guilty, that that constitutes a complete and absolute

14:36:00  20  waiver of all the rights that I've enumerated except the

14:36:04  21  right to counsel?  Do you understand that?

14:36:08  22              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:36:08  23              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:36:10  24              THE COURT:  In other words if you offer and

14:36:14  25  if I accept a plea of guilty, there will be no trial of

```
14:36:16   1   any kind whatsoever.   Do you understand that?
14:36:20   2             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:36:20   3             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.
14:36:20   4             THE COURT:  And that this basically is it.
14:36:24   5   Do you understand that?
14:36:26   6             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:36:26   7             DEFENDANT KHALEEL AHMED:  Yes, sir.
14:36:26   8             THE COURT:  Except for sentencing.
14:36:32   9             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:36:34  10             DEFENDANT KHALEEL AHMED:  Yes, sir.
14:36:34  11             THE COURT:  As I have just previously read,
14:36:36  12   you each stand charged with a violation of Title 18,
14:36:58  13   Section 2339A.  The shorthand definition of what that
14:37:08  14   statute prohibits is providing material support to
14:37:12  15   terrorists.   It does so in the language that I read to
14:37:20  16   you and as is reflected in the indictment, namely
14:37:22  17   specific charges that you conspired, that is, you worked
14:37:26  18   together, you agreed with each other and with others to
14:37:32  19   kill or maim individuals overseas, including United
14:37:36  20   States military personnel.   Do you understand what it
14:37:40  21   is the government claims you did?
14:37:42  22             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.
14:37:44  23             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.
14:37:46  24             THE COURT:  And that if you are convicted,
14:37:48  25   you can receive a term of up to 15 years imprisonment to
```

| | | |
|---|---|---|
| 14:37:52 | 1 | be followed -- whatever term of imprisonment you might |
| 14:37:56 | 2 | get to be followed by up to three years of supervised |
| 14:38:00 | 3 | release.  Do you understand that? |
| 14:38:02 | 4 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:38:02 | 5 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:38:02 | 6 | THE COURT:  Supervised release means you're |
| 14:38:06 | 7 | under the authority and supervision of the U.S. Pretrial |
| 14:38:08 | 8 | Service and Probation Department, that you will have |
| 14:38:12 | 9 | certain conditions, certain requirements that you'll |
| 14:38:14 | 10 | have to follow, that if you fail to comply with all the |
| 14:38:18 | 11 | conditions of supervised release, you can and in all |
| 14:38:22 | 12 | likelihood would be returning to prison.  Do you |
| 14:38:24 | 13 | understand that? |
| 14:38:26 | 14 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:38:28 | 15 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:38:28 | 16 | THE COURT:  And also you could be fined up |
| 14:38:30 | 17 | to $250,000. |
| 14:38:32 | 18 | DEFENDANT ZUBAIR AHMED:  Yes, Your Honor. |
| 14:38:32 | 19 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:38:34 | 20 | THE COURT:  And there's what's called a |
| 14:38:36 | 21 | special assessment of $100. |
| 14:38:48 | 22 | There's no mandatory minimum penalty? |
| 14:38:50 | 23 | MR. HERDMAN: No, Your Honor, there's not. |
| 14:38:52 | 24 | THE COURT:  There's no forfeiture? |
| 14:38:54 | 25 | MR. HERDMAN: No, there's not. |

| | |
|---|---|
| 14:38:54 | 1 |
| 14:38:56 | 2 |
| 14:39:02 | 3 |
| 14:39:04 | 4 |
| 14:39:08 | 5 |
| 14:39:12 | 6 |
| 14:39:16 | 7 |
| 14:39:16 | 8 |
| 14:39:16 | 9 |
| 14:39:18 | 10 |
| 14:39:20 | 11 |
| 14:39:24 | 12 |
| 14:39:28 | 13 |
| 14:39:32 | 14 |
| 14:39:32 | 15 |
| 14:39:34 | 16 |
| 14:39:34 | 17 |
| 14:39:38 | 18 |
| 14:39:42 | 19 |
| 14:39:42 | 20 |
| 14:39:44 | 21 |
| 14:39:44 | 22 |
| 14:39:46 | 23 |
| 14:39:50 | 24 |
| 14:39:52 | 25 |

1           THE COURT:  There's no restitution?

2           MR. HERDMAN: No.

3           THE COURT:  You understand and have your

4  attorneys explained to you that at time of sentencing, I

5  will look to the federal sentencing guidelines when I

6  determine your sentence.   Do you understand that?

7           DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

8           DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

9           THE COURT:  Do you also understand that

10  pursuant to the terms of the plea agreements as I

11  understand them, you and the government have agreed and

12  if I accept your pleas, I am bound to sentence you

13  within a particular range of months.   Do you understand

14  that?

15           DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

16           DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

17           THE COURT:  That the government cannot ask

18  that I go outside that range, and neither can you; do

19  you understand that?

20           DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

21           DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

22           THE COURT:  You also understand if I accept

23  these agreements that I cannot go outside the range one

24  way or the other?  Do you understand that?

25           DEFENDANT ZUBAIR AHMED:  Yes, sir.

14:39:52　1　　　　　　　DEFENDANT KHALEEL AHMED:  Yes, sir.

14:39:56　2　　　　　　　THE COURT:  And that the determination of

14:39:58　3　that range in this case is in accordance with the

14:40:02　4　federal sentencing guidelines.  Do you understand that?

14:40:06　5　　　　　　　DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:40:06　6　　　　　　　DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:40:06　7　　　　　　　THE COURT:  Have you had a chance to talk

14:40:08　8　over with your attorneys the general nature of the

14:40:12　9　sentencing guidelines and how they will be operating in

14:40:16　10　your case?

14:40:18　11　　　　　　　DEFENDANT ZUBAIR AHMED:  Yes, we did, Your

14:40:18　12　Honor.

14:40:18　13　　　　　　　DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:40:28　14　　　　　　　THE COURT:  And do you understand that among

14:40:32　15　other provisions in your plea agreement, you have agreed

14:40:36　16　that if -- you have agreed that you will not appeal, nor

14:40:42　17　will you otherwise challenge or attack either your

14:40:46　18　conviction or sentence?

14:40:46　19　　　　　　　DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:40:48　20　　　　　　　DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:40:48　21　　　　　　　THE COURT:  That's provided the sentence

14:40:52　22　that you get is in accordance with what you agreed to in

14:40:58　23　your plea agreement.  Do you understand that?

14:41:02　24　　　　　　　DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:41:02　25　　　　　　　DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:41:12   1          THE COURT:  Okay.  Is there anything,

14:41:12   2   counsel, that I should ask the defendants further before

14:41:16   3   I find that the defendants are competent to plead, that

14:41:20   4   they are aware of the nature of the charge against them

14:41:24   5   and the consequences of conviction, that they are aware

14:41:28   6   of and understand their fundamental rights and those

14:41:32   7   rights which they are giving up?

14:41:34   8          MR. HERDMAN: Can we approach on that; is it

14:41:38   9   possible?

14:41:52  10          (Discussion had off the record.)

14:44:08  11          THE COURT:  Mr. Zubair Ahmed and Mr. Khaleel

14:44:10  12   Ahmed, Mr. Herdman's called my attention to the fact

14:44:16  13   that I did not receive or have filed or have in front of

14:44:22  14   me your waiver of indictment.  So to back all the way

14:44:26  15   up, you have been charged by way of a superseding

14:44:32  16   information.  An information is a charge made just by

14:44:36  17   the prosecutor's office.  You have the absolute right to

14:44:40  18   be charged by way of a grand jury indictment, as you

14:44:46  19   have been previously in this case.

14:44:50  20          Mr. Zubair Ahmed, do you understand you have

14:44:52  21   the right to be charged only by a grand jury indictment

14:44:54  22   if you want?

14:44:56  23          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:44:56  24          THE COURT:  And are you willing to proceed

14:45:00  25   on the basis of this superseding information, which is

14:45:02  1   simply a charge made by the prosecutor's office?

14:45:04  2              DEFENDANT ZUBAIR AHMED:  Yes, I am, Your

14:45:06  3   Honor.

14:45:06  4              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:45:08  5              THE COURT:  You understand your right to a

14:45:10  6   grand jury indictment, Mr. Khaleel Ahmed?

14:45:12  7              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:45:12  8              THE COURT:  And you're willing to proceed

14:45:14  9   this afternoon on this superseding information?

14:45:16  10             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:45:18  11             THE COURT:  And, Mr. Zubair Ahmed, before

14:45:22  12  deciding to do so, did you have enough opportunity to

14:45:28  13  talk to your counsel, whether to waive your right to

14:45:30  14  indictment?

14:45:30  15             DEFENDANT ZUBAIR AHMED:  Yes, I did, Your

14:45:32  16  Honor.

14:45:32  17             THE COURT:  Mr. Khaleel Ahmed?

14:45:34  18             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:45:36  19             THE COURT:  And is your decision to proceed

14:45:38  20  by way of indictment voluntary?   In other words, it's

14:45:40  21  what you want to do?

14:45:42  22             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:45:42  23             THE COURT:  Mr. Khaleel Ahmed, it's what you

14:45:44  24  want to do too?

14:45:46  25             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:45:48  1          THE COURT:  No threats or promises were made

14:45:48  2   to you except any promises in the plea agreement to

14:45:52  3   cause you to --

14:45:54  4          DEFENDANT ZUBAIR AHMED:  None whatsoever,

14:45:56  5   Your Honor.

14:45:56  6          DEFENDANT KHALEEL AHMED:  No.

14:45:56  7          THE COURT:  Same question to you, Mr.

14:45:58  8   Khaleel Ahmed:  Except for the promises made in the plea

14:46:00  9   agreement, were any threats or promises made to you to

14:46:04  10  cause you to waive your right to indictment?

14:46:06  11         DEFENDANT KHALEEL AHMED:  No.

14:46:10  12         THE COURT:  Do you have the signed copies of

14:46:12  13  the waivers?  Just bring them up to be filed.  Let me

14:46:18  14  take a look at them, please.

14:46:36  15         I have signed the waivers and dated them

14:46:42  16  today's date.  Was there anything else before I proceed

14:46:56  17  to the issue of voluntariness and then determine the --

14:47:06  18  go through the plea agreement, determine the factual

14:47:10  19  basis?

14:47:10  20         MR. HERDMAN: No, Your Honor.

14:47:12  21         THE COURT:  Did I miss anything so far?

14:47:16  22         MR. SLADE:  I don't think so, Judge.

14:47:18  23         MR. GILBERT:  No, Your Honor.

14:47:56  24         THE COURT:  Okay.  Let me talk first to Mr.

14:47:58  25  Zubair Ahmed.  You are here to change your former plea

14:48:10   1   of not guilty and to plead guilty to the charge in the

14:48:14   2   superseding information; is that correct?

14:48:16   3            DEFENDANT ZUBAIR AHMED:  Yes, sir.

14:48:18   4            THE COURT:  And during the time leading up

14:48:24   5   to this afternoon, I don't want to know what your

14:48:30   6   lawyers said or what you said, but I'm going to ask you

14:48:34   7   generally about the nature of certain discussions.

14:48:36   8            And, counsel, if you think I'm touching upon

14:48:40   9   anything that should be covered by attorney/client

14:48:42  10   privilege, say so.

14:48:44  11            Have you talked over with your attorneys the

14:48:50  12   general issue of whether you should accept this

14:48:52  13   agreement or you should go to trial?

14:48:56  14            DEFENDANT ZUBAIR AHMED:  Yes, I did, Your

14:48:56  15   Honor.

14:48:56  16            THE COURT:  Are you satisfied that they've

14:48:58  17   given you enough time and attention during those

14:49:00  18   discussions to enable you to make the decision that you

14:49:04  19   want to make and is in your best interest?

14:49:08  20            DEFENDANT ZUBAIR AHMED:  I am completely

14:49:10  21   satisfied with counsel, Your Honor.

14:49:12  22            THE COURT:  But are you also completely

14:49:14  23   satisfied that this is the best thing for you to do?

14:49:16  24            DEFENDANT ZUBAIR AHMED:  Yes, I am, Your

14:49:18  25   Honor.

14:49:18  1            THE COURT:  Obviously you wish you weren't

14:49:20  2  here.  We all understand that.

14:49:22  3            DEFENDANT ZUBAIR AHMED:  Of course, Your

14:49:22  4  Honor.

14:49:22  5            THE COURT:  But being here, being charged,

14:49:26  6  and taking into consideration the advice of counsel,

14:49:30  7  this is what you want to do?

14:49:32  8            DEFENDANT ZUBAIR AHMED:  Yes, it is, Your

14:49:32  9  Honor.

14:49:32  10           THE COURT:  Have you been threatened in any

14:49:34  11  way whatsoever with any kind of harm, physical or

14:49:36  12  otherwise, by the government or anybody else to cause

14:49:40  13  you to decide to plead guilty?

14:49:42  14           DEFENDANT ZUBAIR AHMED:  I haven't, Your

14:49:44  15  Honor.

14:49:44  16           THE COURT:  Has anybody close to you --

14:49:46  17  family members, relatives, friends -- to your knowledge

14:49:48  18  been threatened or told harm would come to them or to

14:49:52  19  you if you did not plead guilty to this charge?

14:49:54  20           DEFENDANT ZUBAIR AHMED:  No, Your Honor.

14:49:56  21           THE COURT:  I'll go through the many of the

14:50:00  22  provisions in the plea agreement shortly.  Beyond the

14:50:06  23  promises and commitments the government makes in that

14:50:08  24  document, has it or has anybody else promised you

14:50:14  25  anything of any kind whatsoever to cause or to encourage

14:50:18    1    you to plead guilty this afternoon?

14:50:22    2                DEFENDANT ZUBAIR AHMED:  No, Your Honor.

14:50:24    3                THE COURT:  Is there any way in which your

14:50:26    4    decision to plead guilty is not entirely your decision?

14:50:32    5    Let me rephrase it.  I mentioned a while ago that the

14:50:36    6    right to testify is up to you to make.  That's your

14:50:40    7    choice.  Also in the same way the decision whether to

14:50:46    8    go to trial or to plead guilty is your choice.  Your

14:50:50    9    lawyers can't make that for you.  Do you understand

14:50:52   10    that?

14:50:52   11                DEFENDANT ZUBAIR AHMED:  Yes, I do.

14:50:54   12                THE COURT:  They can talk to you.  They can

14:50:56   13    encourage you.  But at the end when you stand up and

14:50:58   14    when I say, "How do you plead?" and you say, "Guilty,

14:51:02   15    Your Honor," you are the only one who can decide to say

14:51:04   16    guilty.  Do you understand that?

14:51:06   17                DEFENDANT ZUBAIR AHMED:  I do understand

14:51:08   18    that.

14:51:08   19                THE COURT:  So when I ask you, is this your

14:51:12   20    choice and your choice alone, guided by counsel's advice

14:51:18   21    to you --

14:51:18   22                DEFENDANT ZUBAIR AHMED:  Yes it is.

14:51:22   23                THE COURT:  In every respect possible it is

14:51:24   24    a free and voluntary decision on your part?

14:51:26   25                DEFENDANT ZUBAIR AHMED:  It is a voluntary

14:51:28  1   decision.

14:51:28  2           THE COURT:  Are you confident that you know

14:51:30  3   what's going on and you know what the options are and

14:51:34  4   possible outcomes might be?

14:51:38  5           DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:51:38  6           THE COURT:  And you understand that nobody

14:51:40  7   can predict what can happen at a trial if you were to

14:51:46  8   stand trial?  You might be found not guilty; you might

14:51:48  9   be found guilty.  Who knows?  Do you understand that?

14:51:52  10          DEFENDANT ZUBAIR AHMED:  I completely

14:51:52  11  understand that, Your Honor.

14:51:56  12          THE COURT:  Anything further that I should

14:51:58  13  ask Mr. Zubair Ahmed before finding that the plea he

14:52:02  14  will be offering this afternoon is knowing, intelligent,

14:52:04  15  and voluntary?

14:52:08  16          MR. HERDMAN:  No, Your Honor.

14:52:08  17          THE COURT:  Counsel.

14:52:10  18          MR. GILBERT:  No, Your Honor.

14:52:12  19          THE COURT:  Mr. Khaleel Ahmed.  You've

14:52:14  20  heard the questions I put to your cousin, Mr. Zubair

14:52:18  21  Ahmed.

14:52:20  22          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:52:20  23          THE COURT:  I expect and want to put the

14:52:22  24  same questions to you.  If I miss one or more, if I

14:52:26  25  were to ask you the same questions, would your answers

| | | |
|---|---|---|
| 14:52:28 | 1 | be the same as his? |
| 14:52:30 | 2 | DEFENDANT KHALEEL AHMED:  They would be the |
| 14:52:32 | 3 | same, Your Honor. |
| 14:52:32 | 4 | THE COURT:  In other words, you're doing |
| 14:52:34 | 5 | this because you want to do it, given the options that |
| 14:52:38 | 6 | seem to be before you? |
| 14:52:40 | 7 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:52:40 | 8 | THE COURT:  Nobody ever really wants to |
| 14:52:42 | 9 | plead guilty, obviously, to a serious federal crime, but |
| 14:52:46 | 10 | for you this afternoon of all the options before you, |
| 14:52:52 | 11 | this is the one that you have chosen to take; is that |
| 14:52:56 | 12 | correct? |
| 14:52:56 | 13 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:52:56 | 14 | THE COURT:  And likewise, are you confident |
| 14:52:58 | 15 | that your lawyers have given you both enough time and |
| 14:53:02 | 16 | attention for them to give you advice that is worthwhile |
| 14:53:08 | 17 | and for you to take into consideration? |
| 14:53:10 | 18 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:53:12 | 19 | I'm satisfied. |
| 14:53:12 | 20 | THE COURT:  But you also understand that |
| 14:53:14 | 21 | they can't make or cause you to plead guilty?  You |
| 14:53:18 | 22 | understand that? |
| 14:53:20 | 23 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:53:20 | 24 | THE COURT:  They can encourage you; they can |
| 14:53:22 | 25 | advise you.   But it is your decision. |

14:53:26  1          DEFENDANT KHALEEL AHMED:  Yes.

14:53:26  2          THE COURT:  You can change it until the time

14:53:28  3  comes to plead.   Do you understand that?

14:53:32  4          DEFENDANT KHALEEL AHMED:  Yes.

14:53:34  5          THE COURT:  Have you been threatened with

14:53:38  6  any kind of harm or injury by anybody from the

14:53:40  7  government or anybody else if you did not plead guilty?

14:53:46  8          DEFENDANT KHALEEL AHMED:  No.

14:53:46  9          THE COURT:  Pardon?

14:53:48  10          DEFENDANT KHALEEL AHMED:  Nobody has

14:53:48  11  threatened me.

14:53:50  12          THE COURT:  Likewise, has anybody to your

14:53:52  13  knowledge threatened anybody close to you like a

14:53:54  14  relative or close friend or anybody else with either

14:53:58  15  harm to you or to them if you did not plead guilty?

14:54:02  16          DEFENDANT KHALEEL AHMED:  No, sir.

14:54:08  17          THE COURT:  Except for the promises made in

14:54:10  18  the plea agreement, has the government or anybody else

14:54:12  19  made you any promises or commitments of any kind

14:54:16  20  whatsoever to cause you to plead guilty?

14:54:20  21          DEFENDANT KHALEEL AHMED:  No, Your Honor.

14:54:22  22          THE COURT:  So once again, you are satisfied

14:54:24  23  that this is the best thing for you to do?

14:54:28  24          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:54:28  25          THE COURT:  And it's what you want to do

14:54:30  1  considering all the options?

14:54:32  2          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:54:36  3          THE COURT:  Any further questions of Mr.

14:54:40  4  Khaleel Ahmed before I find he will be offering his plea

14:54:44  5  knowingly, intelligently, and voluntarily?

14:54:46  6          MR. HERDMAN: No, Your Honor.

14:54:50  7          THE COURT:  Are you sure?

14:54:54  8          MR. SOFER:  Just one moment.

14:55:04  9          MR. HERDMAN: We're fine.

14:55:06  10          THE COURT:  Okay.

14:55:10  11          Mr. Zubair Ahmed, have you at some point

14:55:14  12  authorized your attorneys to conduct negotiations with

14:55:18  13  the government to see whether or not the case could be

14:55:22  14  resolved without going to trial on the charges

14:55:24  15  originally brought?

14:55:26  16          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:55:28  17          THE COURT:  Do you understand what I'm

14:55:28  18  saying?  At some point you say, yeah, go ahead, talk to

14:55:32  19  the government; see how we can do that?

14:55:34  20          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:55:36  21          THE COURT:  In other words, you authorized

14:55:36  22  your lawyers to talk with the government lawyers to see

14:55:40  23  if something could be worked out?

14:55:44  24          DEFENDANT ZUBAIR AHMED:  Yes, sir.

14:55:44  25          THE COURT:  Likewise, Mr. Khaleel Ahmed, did

14:55:46  1  you do the same thing at some point?

14:55:48  2          DEFENDANT KHALEEL AHMED:  Yes, sir.

14:55:48  3          THE COURT:  Have I at any time whatsoever or

14:55:52  4  in any way whatsoever engaged in any part of

14:55:58  5  negotiations between you and the government?

14:56:00  6          DEFENDANT ZUBAIR AHMED:  No, Your Honor.

14:56:02  7          DEFENDANT KHALEEL AHMED:  No, Your Honor.

14:56:02  8          THE COURT:  Have you ever had the sense or

14:56:04  9  impression, do you now have the sense or impression that

14:56:08  10  I've engaged in any way whatsoever with any negotiations

14:56:12  11  on the part of the government -- between you and the

14:56:16  12  government?

14:56:16  13          DEFENDANT ZUBAIR AHMED:  No, Your Honor.

14:56:16  14          DEFENDANT KHALEEL AHMED:  No, Your Honor.

14:56:20  15          THE COURT:  Do you understand that I truly

14:56:22  16  don't care whether you go to trial or not?  That's up

14:56:26  17  to you.  Do you understand that?

14:56:28  18          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:56:30  19          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:56:30  20          THE COURT:  So you're satisfied I haven't

14:56:32  21  played any role whatsoever in the decision here today?

14:56:36  22          DEFENDANT ZUBAIR AHMED:  Yes, I'm satisfied.

14:56:38  23          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

14:56:44  24          THE COURT:  Counsel would concur, I assume,

14:56:44  25  that I played no role in the negotiations of any kind?

| | | |
|---|---|---|
| 14:56:50 | 1 | THE JUROR:  The government concurs. |
| 14:56:52 | 2 | MR. GILBERT:  We concur. |
| 14:56:54 | 3 | MR. SLADE:  And we concur. |
| 14:57:04 | 4 | THE COURT:  Mr. Zubair Ahmed, have you |
| 14:57:06 | 5 | signed the plea agreement? |
| 14:57:08 | 6 | DEFENDANT ZUBAIR AHMED:  Yes, I have, Your |
| 14:57:10 | 7 | Honor. |
| 14:57:10 | 8 | THE COURT:  Mr. Khaleel Ahmed, have you |
| 14:57:10 | 9 | signed it? |
| 14:57:12 | 10 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 14:57:12 | 11 | THE COURT:  Has the government signed it? |
| 14:57:14 | 12 | MR. HERDMAN:  Yes, Your Honor. |
| 14:57:16 | 13 | THE COURT:  If you'll bring them up and have |
| 14:57:18 | 14 | them marked as Zubair Ahmed Exhibit 1 and Khaleel Ahmed |
| 14:57:26 | 15 | Exhibit 1. |
| 14:57:26 | 16 | MR. HERDMAN: They're marked A and B for the |
| 14:57:28 | 17 | record. |
| 14:57:30 | 18 | THE CLERK:  Zubair Ahmed is A; Khaleel Ahmed |
| 14:57:34 | 19 | is B. |
| 14:57:58 | 20 | THE COURT:  I'll ask each of you please to |
| 14:58:00 | 21 | review that document and/or read it as closely as you |
| 14:58:04 | 22 | want to.  And then when you are done doing so, I'm |
| 14:58:08 | 23 | going to ask you whether you have done so, if you're |
| 14:58:12 | 24 | familiar with it, if you've been able to talk it over |
| 14:58:14 | 25 | with your attorneys, so forth and so on, and whether |

14:58:18  1    that is your signature that appears at the end of the

14:58:24  2    document.

14:59:08  3              (Discussion had off the record.)

14:59:08  4              THE COURT:  Mr. Zubair Ahmed, have you

14:59:10  5    looked at the document?   What is it marked as?

14:59:14  6              MR. GILBERT:  A, Your Honor.

14:59:16  7              THE COURT:  Have you looked at what's been

14:59:18  8    marked Exhibit A?

14:59:20  9              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:59:20  10             THE COURT:  What do you recognize it to be?

14:59:22  11             DEFENDANT ZUBAIR AHMED:  It's a plea

14:59:24  12   agreement, Your Honor.

14:59:24  13             THE COURT:  Have you read that agreement?

14:59:26  14             DEFENDANT ZUBAIR AHMED:  Yes, I did, Your

14:59:28  15   Honor.

14:59:28  16             THE COURT:  Have you talked it over with

14:59:28  17   your attorneys?

14:59:28  18             DEFENDANT ZUBAIR AHMED:  Yes, I have.

14:59:30  19             THE COURT:  Have they talked it over with

14:59:32  20   you enough to answer any and all questions that you

14:59:34  21   might have about the document?

14:59:36  22             DEFENDANT ZUBAIR AHMED:  All questions were

14:59:38  23   answered, Your Honor.

14:59:38  24             THE COURT:  About what the document says and

14:59:40  25   what it means?

14:59:42   1              DEFENDANT ZUBAIR AHMED:  Yes.

14:59:42   2              THE COURT:  Have you also had an opportunity

14:59:44   3    to talk over with them the consequences of your agreeing

14:59:48   4    to and signing that document?

14:59:52   5              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

14:59:52   6              THE COURT:  Does that bear your signature?

14:59:54   7              DEFENDANT ZUBAIR AHMED:  Yes, it does, Your

14:59:54   8    Honor.

14:59:54   9              THE COURT:  When did you sign it?

14:59:56  10              DEFENDANT ZUBAIR AHMED:  Today, Your Honor.

14:59:58  11              THE COURT:  Okay.  The same, Mr. Khaleel

15:00:00  12    Ahmed.  Do you recognize what's been marked as Exhibit

15:00:04  13    B?

15:00:04  14              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:06  15              THE COURT:  What is it?

15:00:06  16              DEFENDANT KHALEEL AHMED:  It's the plea

15:00:06  17    agreement.

15:00:06  18              THE COURT:  And is that the agreement that

15:00:08  19    you signed and entered into between yourself and the

15:00:12  20    government?

15:00:12  21              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:12  22              THE COURT:  Does it have your signature on

15:00:14  23    it?

15:00:16  24              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:16  25              THE COURT:  And have you read it?

15:00:18  1          DEFENDANT KHALEEL AHMED:  Yes.

15:00:18  2          THE COURT:  Have you gone over it with your

15:00:20  3   attorneys?

15:00:20  4          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:22  5          THE COURT:  And have they answered each and

15:00:24  6   every question that you might have had about the

15:00:26  7   document?

15:00:28  8          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:30  9          THE COURT:  About what it says?

15:00:30 10          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:30 11          THE COURT:  About what it means?

15:00:32 12          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:00:34 13          THE COURT:  And the consequences of signing

15:00:36 14   that agreement?

15:00:38 15          DEFENDANT KHALEEL AHMED:  Yes.

15:00:46 16          THE COURT:  I am going to ask you a couple

15:00:48 17   questions.   Maybe if you can follow along.

15:01:38 18          Mr. Zubair Ahmed, I refer you to page 6, the

15:01:46 19   middle of the page.  It reads at the end of the line

15:01:56 20   beginning with the word "decrease."  At the far end of

15:02:00 21   the line beginning -- I'll begin reading as follows:

15:02:06 22   "The parties each agree to request and recommend a

15:02:08 23   specific sentence between 100 and 125 months, which is

15:02:14 24   within the range determined pursuant to the advisory

15:02:18 25   sentencing guidelines."   Do you see that?

15:02:20  1    DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:02:20  2    THE COURT:  Do you understand that if I

15:02:22  3 accept your plea and the terms and conditions of this

15:02:28  4 agreement, you will be sentenced to somewhere within 100

15:02:32  5 months to 125 months?  Do you understand that?

15:02:38  6    DEFENDANT ZUBAIR AHMED:  Yes, I do, Your

15:02:38  7 Honor.

15:02:38  8    THE COURT:  The sentence won't be greater

15:02:40  9 than 125 months; it won't be less than 100 months.   Do

15:02:44  10 you understand that?

15:02:46  11    DEFENDANT ZUBAIR AHMED:  I do, Your Honor.

15:02:46  12    THE COURT:  You are willing to accept that

15:02:48  13 as the sentence in this case?

15:02:50  14    DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:03:00  15    THE COURT:  Then Mr. Zubair Ahmed -- excuse

15:03:02  16 me, Khaleel Ahmed, if you'll turn to page 6, about the

15:03:18  17 fourth or fifth line down -- I guess the third line.

15:03:28  18 I'll read following:

15:03:30  19    The parties each agree to request and

15:03:32  20 recommend a specific sentence between 92 and 115 months,

15:03:36  21 which is within the range determined pursuant to the

15:03:40  22 advisory sentencing guidelines.

15:03:44  23    DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:03:44  24    THE COURT:  You understand that your

15:03:46  25 sentence, if I accept your plea of guilty and concur in

15:03:50  1   it and in this agreement, your sentence, you'll serve at

15:03:56  2   least 92 months in prison, and perhaps as much as 115

15:03:58  3   months?  Do you understand that?

15:04:02  4               DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:04:02  5               THE COURT:  Let me ask you, Mr. Zubair

15:04:04  6   Ahmed, do you understand that the decision of where

15:04:08  7   within that range your sentence will be is entirely up

15:04:12  8   to me?   Do you understand that?

15:04:16  9               DEFENDANT ZUBAIR AHMED:  Yes, I do, Your

15:04:16  10  Honor.

15:04:16  11              THE COURT:  That before I make that

15:04:18  12  decision, a presentence report will be prepared.  You

15:04:22  13  will see that, go over it with your lawyer.  You can

15:04:28  14  make any objections, and you can speak on your own

15:04:30  15  behalf before I decide what sentence to impose.  Do you

15:04:34  16  understand that?

15:04:34  17              DEFENDANT ZUBAIR AHMED:  Yes, I do, Your

15:04:36  18  Honor.

15:04:36  19              THE COURT:  Likewise, Mr. Khaleel Ahmed, do

15:04:38  20  you understand where within the range specified in the

15:04:42  21  agreement I impose the sentence is entirely up to me?

15:04:44  22  Do you understand that?

15:04:46  23              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:04:48  24              THE COURT:  No promises have been made to

15:04:50  25  you about what I'm going to do?

15:04:52  1          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:04:52  2          THE COURT:  Pardon?

15:04:54  3          DEFENDANT KHALEEL AHMED:  No promises have

15:04:54  4  been made.

15:04:54  5          THE COURT:  Likewise, Mr. Zubair Ahmed, no

15:04:56  6  one's promised you what I'm going to do or have you

15:05:00  7  tried to predict?

15:05:02  8          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor,

15:05:04  9  I'm confident in your decision.

15:05:06  10          THE COURT:  Mr. Khaleel Ahmed, are you

15:05:10  11  willing to accept a sentence within that range?

15:05:14  12          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:05:26  13          THE COURT:  The government will be

15:05:28  14  dismissing the indictment upon acceptance of the plea;

15:05:32  15  is that correct?

15:05:32  16          MR. HERDMAN:  Upon sentencing, Your Honor.

15:05:34  17          THE COURT:  You're right.  And that's

15:05:36  18  typical, by the way.  That's standard.

15:06:12  19          I am now going to -- I'm going to ask the

15:06:16  20  government, if this is agreeable to the parties, to

15:06:18  21  state in summary fashion what it believed the evidence

15:06:24  22  would have shown if this case were to come to trial and

15:06:32  23  that evidence upon which the government believes a

15:06:36  24  conviction could have been obtained.  Then I will ask

15:06:40  25  the defendants to listen carefully to that.

```
15:06:44   1              I will ask them first if that's their

15:06:46   2   understanding of what the evidence might have been;

15:06:50   3   secondly, whether they did those things that the

15:06:54   4   government claims that they did.

15:06:56   5              The purpose of this, Mr. Zubair Ahmed and

15:07:00   6   Mr. Khaleel Ahmed, is to make sure that you did

15:07:02   7   something that violated the law.  It's called a factual

15:07:06   8   basis.  Even if you plead guilty, if I'm not satisfied

15:07:12   9   that what you did violated the law, I can't accept your

15:07:16  10   plea of guilty.  That's how I propose to proceed.  Is

15:07:18  11   that agreeable to the government?

15:07:20  12              MR. HERDMAN: Yes, Your Honor.

15:07:22  13              THE COURT:  Counsel for Mr. Khaleel Ahmed,

15:07:24  14   is that agreeable?

15:07:24  15              MR. GILBERT:  Yes, Judge.

15:07:26  16              MR. SLADE:  Yes, Your Honor.

15:07:26  17              THE COURT:  So, gentlemen, if you'll listen

15:07:28  18   very carefully.

15:07:32  19              Mr. Herdman, you may proceed.

15:07:34  20              MR. HERDMAN: I would ask to read these

15:07:36  21   separately.  The facts are generally the same.  This

15:07:40  22   will be directed to Mr. Zubair Ahmed first.

15:07:44  23              Were this case to proceed to trial, Your

15:07:46  24   Honor, the government could have proved beyond a

15:07:48  25   reasonable doubt --
```

15:07:48   1            THE COURT:  A little more slowly.

15:07:50   2            MR. HERDMAN:  Would this case have proceeded

15:07:52   3    to trial, the government could have proven beyond a

15:07:54   4    reasonable doubt that the defendant, Zubair Ahmed,

15:07:58   5    conspired along with others, including Khaleel Ahmed, to

15:08:02   6    provide material support and resources, including but

15:08:04   7    not limited to himself as personnel, knowing and

15:08:10   8    intending that the material support and resources were

15:08:12   9    to be used in preparation for and in carrying out a

15:08:16   10   violation of Title 18, United States Code, Section 956,

15:08:22   11   conspiracy to kill and maim individuals outside the

15:08:26   12   United States, including members of the U.S. military

15:08:30   13   serving in Iraq and Afghanistan.

15:08:32   14            As overt acts in furtherance of this

15:08:34   15   conspiracy, at a date unknown, but no later than April

15:08:38   16   1, 2004, defendant Zubair Ahmed and others, including

15:08:44   17   Khaleel Ahmed, made preparations to travel overseas in

15:08:48   18   order to engage in acts which would result in the murder

15:08:52   19   or maiming of U.S. military forces in either Iraq or

15:08:56   20   Afghanistan.

15:08:58   21            On or about May 21, 2004, the defendant,

15:09:02   22   Zubair Ahmed, and others, including Khaleel Ahmed, did,

15:09:06   23   in fact, travel to Cairo, Egypt with the intent of

15:09:10   24   engaging in acts which would result in the murder or

15:09:12   25   maiming of U.S. military forces in Iraq or Afghanistan.

On or about July 4, 2004, the defendant, Zubair Ahmed, discussed, sought, and received instruction from another individual in Cleveland, Ohio on the topic of firearms.  Specifically, the defendant discussed his desire to learn how to use and move a .50 caliber machine gun.  On the same date, defendant Zubair Ahmed also sought and discussed instruction from the same individual on the topics of counter-surveillance techniques and sniper rifles.

From a date unknown but no later than January 1, 2004, the defendant, Zubair Ahmed, and others, including Khaleel Ahmed, communicated using code words and spoke in a foreign language in order to discuss the preparations and plans to engage in acts outside the United States which would result in the murder or maiming of U.S. military forces in Iraq or Afghanistan.

From a date unknown but no later than July 4, 2004, the defendant, Zubair Ahmed, and others, including Khaleel Ahmed, researched the purchase of firearms, methods of obtaining firearms instruction, including at least one visit to a firing range, and methods of obtaining instruction in gunsmithing.

And from a date unknown, but no later than July 4, 2004, the defendant, Zubair Ahmed, and others,

15:10:46  1    including Khaleel Ahmed, acquired, collected, and

15:10:50  2    distributed materials including videos of attacks on

15:10:54  3    U.S. military forces in Iraq and Afghanistan, manuals on

15:10:58  4    military tactics, and military manuals on weaponry.

15:11:02  5              That's with respect to Zubair Ahmed.

15:11:08  6              THE COURT:  Okay.  Did you hear what Mr.

15:11:12  7    Herdman just recited from the plea agreement --

15:11:16  8              DEFENDANT ZUBAIR AHMED:  Yes, I did.

15:11:16  9              THE COURT:  -- and the information?  Is what

15:11:24  10   he said about what you did accurate?

15:11:28  11             DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:11:30  12             THE COURT:  And did you do it with the

15:11:32  13   intent to engage in hostile or violent activities

15:11:38  14   overseas?

15:11:40  15             DEFENDANT ZUBAIR AHMED:  Yes, I did, Your

15:11:42  16   Honor.

15:11:42  17             THE COURT:  With the intent to do so against

15:11:44  18   U.S. military personnel in either Iraq or Afghanistan?

15:11:48  19             DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:11:50  20             THE COURT:  Was it your intent to

15:11:52  21   participate in the insurgency in Iraq or in similar

15:11:56  22   activities in Afghanistan?

15:11:58  23             DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:11:58  24             THE COURT:  Was it your intent, if you had

15:12:00  25   the opportunity to do so, to engage in an armed conflict

15:12:04  1   with the U.S. military personnel in either Iraq or

15:12:08  2   Afghanistan?

15:12:10  3              DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:12:12  4              THE COURT:  And you took a trip to Egypt; is

15:12:16  5   that correct?

15:12:16  6              DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:12:16  7              THE COURT:  When was that again?  Was that

15:12:18  8   May?

15:12:20  9              DEFENDANT ZUBAIR AHMED:  2004.  May, 2004.

15:12:22  10             THE COURT:  And your cousin Khaleel took

15:12:24  11  that trip with you?

15:12:26  12             DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:12:26  13             THE COURT:  Why did you take that trip?

15:12:34  14             DEFENDANT ZUBAIR AHMED:  To join the

15:12:34  15  conspiracy in either Iraq or Afghanistan.

15:12:40  16             THE COURT:  Did you make Khaleel aware of

15:12:42  17  that's why you were taking that trip?

15:12:44  18             DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:12:44  19             THE COURT:  Was it your understanding at the

15:12:46  20  time that that's why he was accompanying you?

15:12:50  21             DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:12:50  22             THE COURT:  Then you were intercepted by Mr.

15:12:52  23  El-Hindi; is that correct?

15:12:54  24             DEFENDANT ZUBAIR AHMED:  And my father.

15:12:56  25             THE COURT:  And your father.  That's right.

| | | |
|---|---|---|
| 15:12:58 | 1 | And you returned home to Chicago? |
| 15:13:00 | 2 | DEFENDANT ZUBAIR AHMED:  Yes. |
| 15:13:00 | 3 | THE COURT:  And a few weeks later you went |
| 15:13:02 | 4 | to Cleveland; is that correct -- |
| 15:13:04 | 5 | DEFENDANT ZUBAIR AHMED:  Yes, sir. |
| 15:13:04 | 6 | THE COURT:  -- for that conference that |
| 15:13:06 | 7 | weekend?  And did you go there because you'd been in |
| 15:13:12 | 8 | contact with Mr. El-Hindi or he with you?  Is that how |
| 15:13:18 | 9 | you happened to wind up going over there?  How did that |
| 15:13:22 | 10 | come about? |
| 15:13:24 | 11 | MS. WHITAKER:  Your Honor, are you referring |
| 15:13:26 | 12 | to Egypt or -- |
| 15:13:26 | 13 | THE COURT:  Cleveland. |
| 15:13:32 | 14 | DEFENDANT ZUBAIR AHMED:  I went to hang out |
| 15:13:38 | 15 | brochures for a medical school with Mr. El-Hindi. |
| 15:13:44 | 16 | THE COURT:  But during the course of that |
| 15:13:46 | 17 | meeting you had conversations with him or others who |
| 15:13:50 | 18 | were there about the possibility of engaging, becoming |
| 15:13:54 | 19 | trained to prepare to engage in armed combat against |
| 15:14:00 | 20 | U.S. military personnel in Iraq or Afghanistan; is that |
| 15:14:06 | 21 | correct?  And if I'm misstating it, that's fine; |
| 15:14:08 | 22 | correct me.  Don't just agree with what I'm saying. |
| 15:14:14 | 23 | DEFENDANT ZUBAIR AHMED:  I had conversations |
| 15:14:16 | 24 | about being trained to use firearms.  I had conversation |
| 15:14:28 | 25 | with certain individuals regarding the use of firearms |

15:14:30  1    and counter-surveillance measures.

15:14:36  2            THE COURT:  Did you want to do that in whole

15:14:38  3    or part so that you could be prepared to travel to Iraq

15:14:42  4    or Afghanistan and engage in armed combat with U.S.

15:14:48  5    military personnel?

15:14:48  6            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:14:50  7            THE COURT:  That's why you wanted to get

15:14:52  8    that training?

15:14:52  9            DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:15:04  10           THE COURT:  Were you aware at the time that

15:15:08  11   you travelled to Egypt it might have been a violation of

15:15:14  12   American law for you to take that trip with the purpose

15:15:18  13   with which you took it?

15:15:24  14           MR. GILBERT:  You're asking him whether he

15:15:26  15   was aware then or now?

15:15:28  16           THE COURT:  Then.  Let me rephrase it.  At

15:15:36  17   the time you took the trip to Egypt, did you know that

15:15:40  18   undertaking to kill or maim American soldiers was a

15:15:46  19   violation of U.S. law?

15:15:48  20           DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:15:48  21           THE COURT:  And you're aware of that today?

15:15:50  22           DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:15:52  23           THE COURT:  And likewise, when or after you

15:15:56  24   were talking about getting the firearms and other

15:16:00  25   training during or after the trip to Cleveland, were you

15:16:06  1    aware that getting that kind of training with the

15:16:10  2    purpose ultimately of going to Iraq or Afghanistan and

15:16:16  3    engaging in armed combat with U.S. military personnel

15:16:22  4    violated U.S. law?

15:16:24  5            DEFENDANT ZUBAIR AHMED:  Yes, sir.

15:16:32  6            THE COURT:  And was it your ultimate overall

15:16:34  7    purpose to provide support to those who were fighting

15:16:42  8    against American military personnel in either Iraq or

15:16:46  9    Afghanistan?

15:16:48  10           DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:16:56  11           THE COURT:  And in furtherance of that

15:16:58  12   purpose mainly to engage in armed combat against

15:17:02  13   American military personnel in either of those

15:17:06  14   countries, did you acquire and distribute videos and

15:17:10  15   other materials that might have been useful to you in

15:17:14  16   learning how to do those things?

15:17:36  17           Let me ask you this, if I may:  At some

15:17:44  18   point before July 4 of 2004, did you watch videos that

15:17:54  19   you thought would be useful to you to help you prepare

15:17:58  20   for your trip to Iraq or Afghanistan?

15:18:04  21           DEFENDANT ZUBAIR AHMED:  I thought it was

15:18:06  22   educational, Your Honor, but not useful.

15:18:10  23           THE COURT:  Okay.  What were some of the

15:18:10  24   videos, if you can remember?  What did you show?

15:18:16  25           DEFENDANT ZUBAIR AHMED:  They were videos of

15:18:18   1   mortar attacks, IED roadside -- detonated roadside

15:18:26   2   bombs, of that nature.

15:18:28   3            THE COURT:  Were those attacks against

15:18:30   4   American military personnel so far as you could tell?

15:18:32   5            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor,

15:18:34   6   but not only military personnel.

15:18:38   7            THE COURT:  Were they videos of what you

15:18:44   8   would understand would commonly be understood as

15:18:46   9   terroristic acts?  Were they terroristic acts?

15:18:56   10            MR. GILBERT:  Your Honor, that takes -- it

15:18:58   11   takes it to a level that it may get into semantics.

15:19:02   12            THE COURT:  No problem.  You can ignore

15:19:04   13   that question.

15:19:08   14            MS. WHITAKER:  I think he can respond, Your

15:19:10   15   Honor.

15:19:10   16            THE COURT:  There's been an objection.

15:19:12   17   That's fine.  Let me ask government counsel that in

15:19:18   18   addition to my consideration of the matters set out in

15:19:22   19   the plea agreement, which generally the government

15:19:26   20   summarized, in view of my conversation with Mr. Zubair

15:19:34   21   Ahmed to further develop some of that information, is

15:19:36   22   there anything further that the government --

15:19:46   23            That's okay.  The record should show that

15:19:48   24   Mr. Zubair Ahmed was consulting with counsel.  I'll

15:19:52   25   start that over.  Consult as much as you want.

15:19:54    1          DEFENDANT ZUBAIR AHMED:  We're done now,

15:19:56    2    Your Honor.

15:19:58    3          THE COURT:  I'm asking the government

15:20:00    4    whether there's an adequate factual basis for me to find

15:20:04    5    defendants did -- the defendant Zubair Ahmed committed

15:20:08    6    the crime with which he is charged and to which it's

15:20:10    7    anticipated he will plead guilty.

15:20:12    8          MR. HERDMAN:  Yes, Your Honor, the

15:20:14    9    government believes so.

15:20:14   10          THE COURT:  There will be that finding on

15:20:16   11    the basis of what is recited in the plea agreement with

15:20:20   12    regard to the defendant's activities, on the basis as

15:20:24   13    well as the presentation of Mr. Herdman, and the basis

15:20:28   14    as well of my colloquy with the defendant.

15:20:40   15          So, Mr. Zubair Ahmed -- first let me say

15:20:42   16    again, to repeat, I believe that the defendant's

15:20:44   17    competent to plead, to offer a plea of guilty, that he

15:20:48   18    understands his rights and consequences of his plea, and

15:20:52   19    I have no doubt that his plea is a voluntary decision on

15:20:56   20    his part being entered into knowingly and intelligently.

15:21:02   21    I believe the defendant is aware of the rights that

15:21:04   22    he'll be giving up by pleading guilty.  I believe there

15:21:06   23    is an adequate factual basis for him to plead guilty and

15:21:10   24    upon which to base a finding of guilty if, in fact, he

15:21:12   25    is guilty.

15:21:14  1          So, Mr. Zubair Ahmed, I would ask you to

15:21:16  2   stand and tell me what your plea is.

15:21:20  3          DEFENDANT ZUBAIR AHMED:  I plead guilty,

15:21:22  4   Your Honor.

15:21:22  5          THE COURT:  Okay.  Thank you.

15:21:24  6          In light of the plea of guilty, in light of

15:21:30  7   my previous findings, there will be a finding of guilty,

15:21:32  8   and the defendant will be referred for sentencing, which

15:21:36  9   I will discuss that process shortly.

15:21:38  10          Mr. Khaleel Ahmed, have you listened to what

15:21:44  11   Mr. Herdman had to say and -- well, first of all, you

15:21:48  12   have read the plea agreement with regard to what it says

15:21:54  13   about what you did; is that correct?

15:21:56  14          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:21:58  15          THE COURT:  And you concur in the statement

15:22:00  16   in that agreement?

15:22:02  17          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:22:02  18          THE COURT:  Do you agree with it?  And did

15:22:06  19   you hear what Mr. Herdman said with regard to Zubair

15:22:08  20   Ahmed and what I said with regard to your cousin's

15:22:14  21   activities?

15:22:14  22          DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:22:16  23          THE COURT:  Mr. Herdman, if you can state

15:22:22  24   what the government, according to your understanding,

15:22:24  25   would prove had the case or were the case to go to

15:22:30  1    trial.

15:22:30  2              MR. HERDMAN: With respect to defendant

15:22:32  3    Khaleel Ahmed, Your Honor, were this case to have

15:22:36  4    proceeded to trial, the government could have proven

15:22:38  5    beyond a reasonable doubt that the defendant, Khaleel

15:22:42  6    Ahmed, conspired along with others, including Zubair

15:22:46  7    Ahmed, to provide material support and resources,

15:22:50  8    including but not limited to himself as personnel,

15:22:54  9    knowing and intending material support and resources

15:22:58  10   were to be used in preparation for and in carrying out a

15:23:02  11   violation of Title 18, United States Code, Section 956,

15:23:08  12   conspiracy to kill and maim individuals outside the

15:23:10  13   United States, including members of the U.S. military

15:23:14  14   serving in Iraq and Afghanistan.

15:23:16  15             As overt acts in furtherance of this

15:23:20  16   conspiracy, at a date unknown, but no later than April

15:23:24  17   1, 2004, Defendant Khaleel Ahmed and others, including

15:23:28  18   Zubair Ahmed, made preparations to travel overseas in

15:23:32  19   order to engage in acts which would result in the murder

15:23:36  20   or maiming of U.S. military forces in either Iraq or

15:23:38  21   Afghanistan.

15:23:40  22             On or about May 21, 2004, the defendant,

15:23:44  23   Khaleel Ahmed, and others, including Zubair Ahmed, did,

15:23:48  24   in fact, travel to Cairo, Egypt with the intent of

15:23:52  25   engaging in acts which would result in the murder or

15:23:54  1    maiming of U.S. military forces in Iraq or Afghanistan.

15:24:00  2            On or about July 4, 2004, the defendant,

15:24:04  3    Khaleel Ahmed, discussed, sought, and received

15:24:06  4    instruction from another individual in Cleveland, Ohio

15:24:10  5    on the topic of firearms.  On the same date the

15:24:14  6    defendant, Khaleel Ahmed, also sought and discussed

15:24:16  7    instruction from the same individual on the topics of

15:24:20  8    counter-surveillance techniques and sniper rifles.

15:24:24  9            From a date unknown, but no later than

15:24:26  10   January 1, 2004, the defendant, Khaleel Ahmed, and

15:24:30  11   others, including Zubair Ahmed, communicated using code

15:24:34  12   words and spoke in a foreign language in order to

15:24:38  13   disguise their preparations and plans to engage in acts

15:24:42  14   outside the United States which would result in the

15:24:44  15   murder or maiming of U.S. military forces in Iraq and

15:24:48  16   Afghanistan.

15:24:50  17           From a date unknown but no later than July

15:24:52  18   4, 2004, the defendant, Khaleel Ahmed, and others,

15:24:56  19   including Zubair Ahmed, researched the purchase of

15:25:00  20   firearms, methods of obtaining firearms instruction,

15:25:04  21   including at least one visit to a firing range, and

15:25:08  22   methods of obtaining instructions in gunsmithing.

15:25:12  23           From a date unknown but no later than July

15:25:16  24   4, 2004, the defendant and others, including Zubair

15:25:18  25   Ahmed, acquired and collected materials, including

15:25:20  1   videos of attacks on U.S. military forces in Iraq and

15:25:24  2   Afghanistan, manuals on military tactics and military

15:25:28  3   manuals on weaponry.

15:25:30  4              That's with respect to Khaleel Ahmed, Your

15:25:34  5   Honor.

15:25:34  6              THE COURT:  Mr. Khaleel Ahmed, did you hear

15:25:36  7   what Mr. Herdman just recited?

15:25:40  8              DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:25:42  9              THE COURT:  Is that accurate and correct?

15:25:44  10             DEFENDANT KHALEEL AHMED:  Yes, it's correct.

15:25:44  11             THE COURT:  Did you do those things?

15:25:46  12             DEFENDANT KHALEEL AHMED:  Yes, I did, Your

15:25:48  13   Honor.

15:25:48  14             THE COURT:  And did you do those things in

15:25:50  15   whole or in part with the intent of going to either Iraq

15:25:54  16   or Afghanistan and engaging in combat against American

15:25:58  17   military personnel?

15:26:00  18             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:26:04  19             THE COURT:  Were you aware at the time that

15:26:06  20   if you were to take that trip or do those things in

15:26:12  21   preparation for that purpose that you'd be violating

15:26:14  22   American law?

15:26:16  23             DEFENDANT KHALEEL AHMED:  Yes, I knew this.

15:26:18  24             THE COURT:  Nonetheless, it was your intent

15:26:20  25   to prepare yourself to be able to engage in armed

15:26:26  1   conflict against American military personnel in Iraq or

15:26:30  2   Afghanistan?

15:26:32  3                   DEFENDANT KHALEEL AHMED:  That's correct.

15:26:32  4                   THE COURT:  And is that why you took the

15:26:36  5   trip to Egypt --

15:26:38  6                   DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:26:38  7                   THE COURT:  -- until you were intercepted by

15:26:40  8   your uncle and Mr. El-Hindi?

15:26:42  9                   DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:26:44  10                  THE COURT:  And did you express that intent

15:26:50  11  and purpose to your cousin Zubair before or during the

15:26:54  12  trip?

15:26:56  13                  DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:26:56  14                  THE COURT:  So far as you were aware, he

15:27:00  15  knew why you were taking that trip with him was

15:27:02  16  ultimately to find your way to either Iraq or

15:27:04  17  Afghanistan and, if possible, to engage in armed

15:27:08  18  conflict against American military personnel; is that

15:27:14  19  correct?

15:27:14  20                  DEFENDANT KHALEEL AHMED:  That's correct.

15:27:16  21                  THE COURT:  With the intent or consequence

15:27:18  22  of killing or maiming?

15:27:20  23                  DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:27:24  24                  THE COURT:  While you were in Cleveland a

15:27:26  25  few weeks later, did you have conversations with various

15:27:32  1    people, including perhaps Mr. El-Hindi or Darren Griffin

15:27:38  2    or others, with regard to doing things that would help

15:27:44  3    prepare you to return to the Middle East, either Iraq or

15:27:48  4    Afghanistan, and engage in the same sorts of activities?

15:27:54  5                DEFENDANT KHALEEL AHMED:  Yes, we had those

15:27:54  6    discussions.

15:27:56  7                THE COURT:  Did you know at the time you had

15:27:58  8    those discussions or were thinking about doing those

15:28:00  9    things that doing those things, in other words,

15:28:02  10   preparing yourself and putting yourself in a position

15:28:06  11   where you would be able, if you're able to get to Iraq

15:28:12  12   or Afghanistan, to engage in armed conflict with

15:28:16  13   American soldiers, that all of that would be in

15:28:18  14   violation of American law?

15:28:20  15               DEFENDANT KHALEEL AHMED:  Yes, I was aware,

15:28:26  16   sir.

15:28:26  17               THE COURT:  Did you purchase a firearm at

15:28:28  18   some point?

15:28:30  19               DEFENDANT KHALEEL AHMED:  No, Your Honor.

15:28:30  20               THE COURT:  You did not?

15:28:32  21               MR. HERDMAN: That's correct, Your Honor.

15:28:32  22               THE COURT:  Okay.  Did you go to the firing

15:28:40  23   range at some point?

15:28:40  24               DEFENDANT KHALEEL AHMED:  I'm sorry?

15:28:42  25               THE COURT:  Did you go to a firing range at

15:28:44  1   some point?

15:28:44  2              DEFENDANT KHALEEL AHMED:  Yes, I did.

15:28:46  3              THE COURT:  Why did you do that?

15:28:48  4              (Discussion had off the record.)

15:29:04  5              DEFENDANT KHALEEL AHMED:  Your Honor, it was

15:29:04  6   for training purposes.

15:29:06  7              THE COURT:  By "training" you mean to

15:29:08  8   prepare yourself to be able to engage in armed conflict

15:29:14  9   upon returning to -- upon going to either Iraq or

15:29:18  10  Afghanistan?

15:29:20  11             DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:29:42  12             MR. SLADE:  Your Honor, can you give us a

15:29:44  13  second?

15:29:44  14             THE COURT:  Sure.

15:29:46  15             (Discussion had off the record.)

15:30:34  16             THE COURT:  Okay.  Let me ask the government

15:30:36  17  and Mr. Khaleel Ahmed's attorneys, is there anything

15:30:40  18  further that I should or need to ask before determining,

15:30:44  19  in light of the statements contained in the plea

15:30:50  20  agreement, the recitation by Mr. Herdman, and my

15:30:52  21  colloquy with Mr. Khaleel Ahmed, that there is an

15:30:56  22  adequate factual basis upon which to determine that he,

15:30:58  23  in fact, committed the offense to which he's pleading

15:31:02  24  guilty?

15:31:02  25             MR. HERDMAN:  The government is satisfied

15:31:02  1   with the factual basis.

15:31:04  2            THE COURT:   Counsel?

15:31:06  3            MR. SLADE:   Nothing from us, Judge.

15:31:08  4            THE COURT:   There will be a finding there is

15:31:10  5   an adequate factual basis for a plea of guilty and that

15:31:14  6   the plea will be offered knowingly, intelligently, and

15:31:16  7   voluntarily, and with the full understanding of the

15:31:20  8   nature of the offense to which the plea is being offered

15:31:24  9   and the consequences of conviction, and the defendant is

15:31:28  10  competent to offer a plea.

15:31:28  11           So now I ask Mr. Khaleel Ahmed, what is your

15:31:32  12  plea to the superseding information?

15:31:34  13           DEFENDANT KHALEEL AHMED:   I plead guilty.

15:31:36  14           THE COURT:   There will be a finding of

15:31:38  15  guilty based upon the findings just recited, and the

15:31:46  16  defendant's plea, which again I find to be knowing,

15:31:48  17  intelligent, and voluntary.

15:31:50  18           There were a couple of things that I just

15:31:54  19  want to confirm that you were aware of before you

15:31:56  20  entered your plea of guilty.   I believe I alluded to

15:32:00  21  this earlier, but just to confirm.

15:32:02  22           Mr. Zubair Ahmed, do you understand that you

15:32:06  23  cannot appeal anything to do with these proceedings or

15:32:10  24  otherwise challenge them in this court or any other

15:32:14  25  court except if I gave you a sentence that was greater

15:32:20  1   than 15 years?  Number one, do you understand that?

15:32:24  2          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:32:24  3          THE COURT:  And that the only other basis on

15:32:26  4   which you can appeal is if I gave you a sentence that

15:32:30  5   was greater than the guideline range recited in your

15:32:34  6   agreement?

15:32:36  7          DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:32:36  8          THE COURT:  Otherwise you understand there

15:32:40  9   are -- you're giving up any and all rights that you

15:32:44  10  might otherwise have to challenge any aspect of these

15:32:46  11  proceedings?  Do you understand that?

15:32:48  12         DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:32:50  13         THE COURT:  You understood that at the time

15:32:50  14  you entered your plea a few minutes ago?

15:32:54  15         DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:33:00  16         THE COURT:  Do you also understand that as

15:33:02  17  provided in paragraph 23 that the agreement you've

15:33:12  18  reached and the plea of guilty has no effect on other

15:33:18  19  jurisdictions that might want to bring charges against

15:33:22  20  you?  Do you understand that?

15:33:26  21         DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:33:34  22         THE COURT:  Mr. Khaleel Ahmed, did you hear

15:33:36  23  what I just asked your cousin about waiving any and all

15:33:42  24  rights to appeal or otherwise to challenge in this or

15:33:46  25  any other court any aspect of these proceedings except

15:33:50  1    with regard to sentencing?  Did you hear what I just

15:33:54  2    asked him?

15:33:54  3                    DEFENDANT KHALEEL AHMED:  Yes, sir.

15:33:54  4                    THE COURT:  Do you have that same

15:33:56  5    understanding?

15:33:56  6                    DEFENDANT KHALEEL AHMED:  Yes, I do.

15:33:58  7                    THE COURT:  In other words, the only

15:34:00  8    challenge or appeal that you can make or take here or

15:34:02  9    anywhere else is if I give you more than 15 years as a

15:34:06  10   sentence, or even if I go above the maximum end of the

15:34:14  11   guideline range recited in your agreement.  Do you

15:34:16  12   understand that?

15:34:18  13                   DEFENDANT KHALEEL AHMED:  I understand.

15:34:18  14                   THE COURT:  Did you understand that when you

15:34:20  15   were offering your plea a couple minutes ago?

15:34:24  16                   DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:34:26  17                   THE COURT:  Likewise, did you -- do you

15:34:28  18   understand and did you understand then that the

15:34:36  19   government's agreement is limited to the United States

15:34:42  20   Attorney's Office in the Northern District of Ohio, and

15:34:48  21   is not binding on any other jurisdiction, state or

15:34:52  22   federal?  Do you understand that?

15:34:54  23                   MR. SLADE:  Your Honor, it's also binding on

15:34:56  24   the counter-terrorism section of the Department of

15:35:02  25   Justice.

| | | |
|---|---|---|
| 15:35:02 | 1 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 15:35:02 | 2 | THE COURT:  You understood that when you |
| 15:35:04 | 3 | were entering the plea? |
| 15:35:04 | 4 | DEFENDANT KHALEEL AHMED:  Yes, Your Honor. |
| 15:35:04 | 5 | THE COURT:  Is there anything further? |
| 15:35:08 | 6 | I'll talk about the presentence report and so forth, but |
| 15:35:12 | 7 | with regard to the offering of a guilty plea and finding |
| 15:35:20 | 8 | of guilt? |
| 15:35:20 | 9 | Amy, if you'll give me the originals, I will |
| 15:35:24 | 10 | approve the agreements. |
| 15:35:30 | 11 | Anything else? |
| 15:35:30 | 12 | MR. HERDMAN: We did have one issue to |
| 15:35:30 | 13 | discuss at sidebar.  I don't know if you want to do |
| 15:35:34 | 14 | that now. |
| 15:35:38 | 15 | THE COURT:  Why don't you come on up now. |
| 15:36:08 | 16 | (Discussion had off the record.) |
| 15:40:46 | 17 | THE COURT:  Counsel, I think it's |
| 15:40:48 | 18 | appropriate to indicate that the plea agreements are |
| 15:40:50 | 19 | under seal. |
| 15:40:54 | 20 | Let me speak with the defendants in terms of |
| 15:40:56 | 21 | what will happen next.  I assume that your attorneys |
| 15:41:00 | 22 | have indicated to you the next step of the proceedings |
| 15:41:04 | 23 | is to prepare for sentencing.  That begins with a |
| 15:41:08 | 24 | meeting with the United States Pretrial Service and |
| 15:41:10 | 25 | Probation Office, which will conduct one or more |

15:41:16   1   interviews of you looking to determine as much as can be

15:41:22   2   learned that's pertinent about you and your background,

15:41:26   3   your education, employment record, your family

15:41:28   4   circumstances, and so forth, prior criminal record if

15:41:32   5   any, though it's my understanding that neither of you

15:41:36   6   has a prior criminal record; is that correct?

15:41:38   7            DEFENDANT ZUBAIR AHMED:  Yes, Your Honor.

15:41:38   8            DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:41:40   9            THE COURT:  You have the absolute right to

15:41:42   10  have your lawyer with you during that interview, and I

15:41:44   11  would encourage you to have your lawyer in attendance

15:41:46   12  with you.  Counsel, of course, will continue to be

15:41:50   13  compensated throughout the balance of these proceedings

15:41:52   14  without cost to yourself.

15:41:58   15            Thereafter a presentence report will be

15:42:00   16  prepared and submitted to you and the government

15:42:02   17  lawyers.  Your lawyers can go over that report with

15:42:06   18  you.  You'll have the right to call to their attention,

15:42:10   19  they in turn will call it to my attention, anything

15:42:12   20  that's erroneous or a misstate or wrong in that report.

15:42:18   21  If you and the government disagree about the accuracy of

15:42:20   22  something that's contained in the report, then at time

15:42:24   23  of sentencing we'll hold a hearing on that, and I'll

15:42:26   24  make my mind up as to which version to accepted or agree

15:42:32   25  with, or I will simply say, look, I'm not going to pay

15:42:36　1　any attention to that at time of sentencing.

15:42:42　2　　　　　Thereafter you'll be notified of when to

15:42:46　3　appear for sentencing.

15:42:46　4　　　　　Anything further from the government?

15:42:48　5　　　　　MR. HERDMAN: Your Honor, the government at

15:42:50　6　this time would move for remand of the defendants based

15:42:52　7　on arguments and representations we've made at prior

15:42:58　8　detention hearings and their convictions.

15:43:00　9　　　　　THE COURT:  They've appeared for all

15:43:02　10　proceedings; they appeared today.  I think there's

15:43:04　11　every indication they will appear at time of sentencing,

15:43:08　12　and I believe that the conditions previously imposed

15:43:10　13　have shown themselves to be sufficient to insure their

15:43:14　14　appearance, and the government's request will be

15:43:16　15　overruled.  The same conditions of release will be

15:43:20　16　continued.

15:43:20　17　　　　　Do you understand that, Mr. Zubair Ahmed?

15:43:24　18　　　　　DEFENDANT ZUBAIR AHMED:  Yes, I do.

15:43:24　19　　　　　THE COURT:  All the conditions you've had

15:43:26　20　since you were released, unless they've been amended, I

15:43:30　21　just can't recall, but as they are today remain in

15:43:32　22　effect.

15:43:32　23　　　　　Mr. Khaleel Ahmed, you understand that?

15:43:36　24　　　　　DEFENDANT KHALEEL AHMED:  Yes, Your Honor.

15:43:36　25　　　　　THE COURT:  Anything further from the

15:43:36  1  government?

15:43:38  2          MR. HERDMAN:  Your Honor, I apologize.  If we

15:43:38  3  could just approach one more time briefly with counsel.

15:44:04  4          (Discussion had off the record.)

15:48:06  5          THE COURT:  Anything further from the

15:48:06  6  government?

15:48:06  7          MR. HERDMAN:  No, Your Honor.

15:48:10  8          THE COURT:  Counsel for Zubair Ahmed,

15:48:12  9  anything further?

15:48:14  10          MR. SLADE:  Nothing further, Your Honor.

15:48:14  11          THE COURT:  For Khaleel Ahmed?

15:48:16  12          MR. GILBERT:  Nothing further from us, Your

15:48:18  13  Honor.

15:48:18  14          THE COURT:  If you want to come back while I

15:48:20  15  make that other call, you're welcome to do so.  Okay.

15:48:26  16  That will conclude this proceeding.

17                            - - -

18                **C E R T I F I C A T E**

19

20      I certify that the foregoing is a correct transcript

21  from the record of proceedings in the above-entitled

22  matter.

23

24  /s Tracy L. Spore_____          _____

25  Tracy L. Spore, RMR, CRR                Date