IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:07CR647 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | OPPOSITION OF THE UNITED |
| | ) | STATES TO DEFENDANT |
| ZUBAIR AHMED, | ) | ZUBAIR AHMED'S MOTION |
| | ) | TO MODIFY CONDITIONS OF |
| Defendant. | ) | RELEASE |

Now comes the United States of America, by and through its undersigned counsel, Steven M. Dettelbach, United States Attorney for the Northern District of Ohio, Assistant United States Attorneys Thomas E. Getz, Justin E. Herdman, and Gregg N. Sofer, and Department of Justice Trial Attorney Jerome J. Teresinski, and respectfully requests that this Honorable Court deny, for the reasons set forth herein, Defendant Zubair Ahmed's Motion to Modify Conditions of Release.

Put quite simply, the defendant has raised no compelling issue or change in circumstances that would justify any modification to his current conditions of release.  In fact, the only relevant change in circumstances – the defendant's conviction of a terrorism crime – weighs significantly against his release *under any conditions*, let alone under the relatively slight restrictions currently imposed upon him.

Over the government's vigorous objection, the defendant has been released on condition of bond and electronic monitoring throughout the pendency of this case.  Since then, the defendant has pled guilty to a terrorism crime – conspiring to provide material support to terrorists – and has admitted, under oath, to facts indicating that he traveled overseas with the

intent of ultimately engaging in hostile, violent actions against members of the U.S. military serving in Afghanistan. That the defendant has not yet violated his conditions of release is not, by itself, a fact that should result in a reward by further loosening those restrictions. To the contrary, the defendant's compliance with the conditions of bond is, if anything, a testament to the efficacy of the very restrictions imposed by this Court.

     Despite the defendant's upcoming marriage and apparent desire to start a family, the unavoidable consequence of his conviction is that he will face a substantial period of imprisonment following imposition of sentence by this Court. This factor alone weighs against any modification of the previously-imposed conditions of release.

Wherefore, for the reasons cited above, the defendant's motion should be denied by this Court in its entirety.

                                         Respectfully submitted,

                                         STEVEN M. DETTELBACH
                                         United States Attorney

By:    /s/ Thomas E. Getz
        Thomas E. Getz
        Assistant United States Attorney
        Reg. No. 0039786
        400 United States Courthouse
        801 West Superior Avenue
        Cleveland, Ohio  44113
        Tel. No.:  (216) 622-3840
        Fax No.:  (216) 685-2378
        Email:  thomas.getz@usdoj.gov

By:    /s/ Justin E. Herdman
        Justin E. Herdman
        Assistant United States Attorney
        Reg. No. 0080418
        400 United States Courthouse
        801 West Superior Avenue
        Cleveland, Ohio  44113
        Tel. No.:  (216) 622-3965
        Fax No.:  (216) 685-2378
        Email:  justin.herdman@usdoj.gov

By:    /s/ Gregg N. Sofer
        Gregg N. Sofer
        Assistant United States Attorney
        Reg. No. 106209 (NY)
        816 Congress Avenue, Frost Bank Plaza
        Austin, Texas 78701
        Tel. No.:  (512) 916-5858
        Fax No.:  (512) 916-5854
        Email: gregg.sofer@usdoj.gov

                By:   /s/Jerome J. Teresinski
                      Jerome J. Teresinski
                      Trial Attorney
                      Registration No. 66235 (PA)
                      U.S. Department of Justice
                      Counterterrorism Section
                      10th & Constitution Avenue, N.W.
                      Washington, DC 20530
                      Telephone: (202) 514-7146
                      Facsimile: (202) 514-8714
                      E-mail: jerome.teresinski@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the <u>16th</u> day of November, 2009, a copy of the foregoing Government's Opposition to Defendant Zubair Ahmed's Motion to Modify Conditions of Release was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Justin E. Herdman<br>
Justin E. Herdman<br>
Assistant United States Attorney